FILED

06/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0545

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0545

_____

IN RE THE MARRIAGE OF:

AMANDA ANN JOHNSON,

      Petitioner and Appellee,

and

                                        O R D E R

TYLER JAMES JOHNSON,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rod Souza, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 23 2021